```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
JAY BRODSKY,

                Plaintiff,
                                        ORDER
        -against-                       17-CV-5528(JS)(AYS)

EQUIFAX INC., EQUIFAX INFORMATION
SERVICES LLC, EQUIFAX CONSUMER
SERVICES LLC, and EQUIFAX PERSONAL
SOLUTIONS, a/k/a PSOL,

                Defendants.
----------------------------------X
APPEARANCES
For Plaintiff:      Jay Brodsky, pro se
                    1585 Round Swamp Road
                    Plainview, NY 11803

For Defendants:     No appearance.
```

SEYBERT, District Judge:

On September 20, 2017, pro se plaintiff Jay Brodsky ("Plaintiff") filed a Complaint against Equifax Inc., Equifax Information Services LLC, and Equifax Consumer Services LLC, Equifax Personal Solutions, a/k/a PSOL (collectively, "Defendants"), accompanied by an application to proceed in forma pauperis.

Upon review of the declaration in support of the application to proceed in forma pauperis, the Court finds that Plaintiff's financial status qualifies him to commence this action without prepayment of the filing fee. See 28 U.S.C. §§ 1914(a); 1915(a)(1). Therefore, Plaintiff's request to proceed in forma pauperis is GRANTED.

The Clerk of the Court is directed to forward copies of

the Summonses, Complaint, and this Order to the United States Marshal Service for service upon the Defendants without prepayment of fees, and to serve notice of entry of this Order in accordance with Rule 77(d)(1) of the Federal Rules of Civil Procedure by mailing a copy of this Order to the pro se Plaintiff at his last known address. See FED. R. CIV. P. 5(b)(2)(C).

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: November  28 , 2017
       Central Islip, New York